UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINJIT SINGH, | Case No.:  26-cv-2724-JO-SBC |
| Petitioner, | |
| v. | **ORDER TRANSFERRING CASE** |
| TODD LYONS, *et al.*, | |
| Respondents. | |

In the interest of "efficient administration of the judicial business of the district," see Civ. L.R. 40.1(a), and because the Court concludes that this case is related to *Singh v. LaRose, et al.*, 26-cv-2095-BAS-DEB (S.D. Cal. 2026), the Court directs the Clerk to immediately reassign this case to Judge Cynthia Bashant. *See Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (cleaned up); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

**IT IS SO ORDERED.**

Dated: May 5, 2026

_____

Hon. Jinsook Ohta
United States District Judge

1

26-cv-2724-JO-SBC